UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER TURPEL,

                                    Plaintiff,

-v-

CANOPY GROWTH CORPORATION et al.,

                                    Defendants.

23 Civ. 4302 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received motions for appointment of lead plaintiff(s) and counsel in this case, as well as motions to consolidate the case with cases currently before Chief Judge Swain and Judge Schofield, respectively. *See, e.g.*, Dkts. 12, 15–16, 22, 27, 29, 33. Responses to these motions are due on August 15, 2023. The Court does not invite replies.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: July 25, 2023
        New York, New York