UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE CANOPY GROWTH SECURITIES LITIGATION | : | 1:23-cv-04302 (PAE) |

**DEFENDANTS' NOTICE OF MOTION TO**
**DISMISS THE PLAINTIFFS' FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the First Amended Complaint (ECF No. 56); the accompanying Memorandum of Law, dated March 7, 2024, and Appendix A thereto; the Declaration of Alexander C. Drylewski, dated March 7, 2024, and the exhibits attached thereto; and upon all prior papers and proceedings herein, Defendants Canopy Growth Corporation, David Klein, Judy Hong and Michael Lee ("Defendants"), through their undersigned counsel, will move this Court, before the Honorable Paul A. Engelmayer at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing with prejudice the First Amended Complaint against Defendants and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
March 7, 2024

Respectfully submitted,

/s/ Alexander C. Drylewski

Alexander C. Drylewski
(alexander.drylewski@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

James R. Carroll (*pro hac vice*)
(james.carroll@skadden.com)
Rene H. DuBois
(rene.dubois@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800

*Attorneys for Defendants*
*Canopy Growth Corporation,*
*David Klein, Judy Hong and Michael Lee*