**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
IN RE CANOPY GROWTH SECURITIES
LITIGATION

23 **CIVIL** 4302 (PAE)

## JUDGMENT

------------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 17, 2024, the Court grants defendants' motion to dismiss. The Court dismisses the FAC with prejudice. Judgment is entered for the defendants; accordingly, the case is closed.

**Dated:**  New York, New York

     July 18, 2024

                                    **DANIEL ORTIZ**

                                    **Acting Clerk of Court**

                  **BY:**

                                      **Deputy Clerk**